THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RONALD HUDSON, Defendant-Appellant.

(No. 56461; ▮▮▮▮▮▮▮▮

First District (1st Division)—March 26, 1973.

▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

Opinion by Mr. PRESIDING JUSTICE BURKE.

▮▮▮▮▮▮▮▮▮▮▮▮

James B. Haddad, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Peter F. Costa, Assistant State's Attorneys, of counsel,) for the People.